Constantine Closterides, et al., Plaintiffs-Appellants,
v. Harold Dalton and Michigan Express, Inc., a
Michigan Corporation, Defendants-Appellees.

Gen. No. 49,090.

First District, Second Division.
April 21, 1964.
Rehearing denied May 19, 1964.

John
C. Gekas, of Chicago, for appellants; Marvin Riman, Sweeney and
Riman and Louis P. Miller, of Chicago, for appellees. Opinion by
PRESIDING JUSTICE BRYANT. Not to be published in full.